Joseph A. Broderick, as Superintendent of Banks of the State of New York, Plaintiff, *v.* Herman Alexander and Others, Defendants, and Leta M. Kahn, Respondent, and Howard S. Hoit and Others, Copartners, Doing Business under the Firm Name and Style of Hoit, Rose & Troster, Impleaded Defendants, Appellants, and Nathaniel C. Schwartz, Doing Business under the Firm Name and Style of Nathaniel C. Schwartz & Company, Impleaded Defendant.

Judgment and order affirmed, with costs. No opinion.

Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; O'Malley, J., dissents.

O'Malley, J. (dissenting). It appears that the appellants at the close of business on December 10, 1930, were short thirty-six shares of stock of Bank of United States, and that on December 11, 1930, the certificate of the appellants for fifty shares thereof was given to a third party (Schwartz), in satisfaction of his purchase on the previous day of a like number of shares. Under such circumstances I am of opinion that the appellants have shown sufficiently that on December 10, 1930, before the bank was closed and the Superintendent of Banks had taken possession of it, they had divested themselves of all interest in and to the shares purchased from the respondent within the purview of *Broderick* v. *Aaron* (264 N. Y. 368).

I accordingly dissent and vote for the reversal of the judgment and order appealed from and for the granting of the appellants' motion for summary judgment on the cross-claim and the denial of the respondent's motion for like relief.

Irving Savings Bank, Respondent, v. 128 East Sixtieth Street Company and Others, Defendants, Impleaded with Charles N. B. Camac, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Sylvan Gotshal and Others, Individually and as Copartners, etc., Respondents, v. Code Authority of the Millinery Industry and Others, Defendants, Impleaded with Walter K. Marks, Individually and as a Member of the Code Authority of the Millinery Industry, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs.

No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

SARA ELLMAN, Appellant, v. KATE LIEBERMAN, Individually, and as Executrix, etc., of EMANUEL LIEBERMAN, Deceased, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CURTIS B. DALL, Respondent, v. TIME, INC., Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

WILLIAM STREET-EXCHANGE PLACE CORPORATION, Respondent, v. OGDEN H. FREEMAN and Others, Copartners, etc., Defendants, Impleaded with OGDEN H. FREEMAN and Others, Individually, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CAESAR A. BERTOLINO, Respondent, v. CHARLES deCOURCY HUGHES and ALISTER C. LEITH, as Directors and Trustees in Dissolution of DOWLER BUILDING, INC., and Another, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to serve an amended answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

EDWIN B. LOVELAND, Respondent, v. JAY BARTH and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

SARAH JACOBSON, Appellant, v. METROPOLITAN NEWS COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

DENNIS GABRIEL WILLIAMS and Another, Appellants, v. BLOOMINGDALE BROS., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL HEANEY, Appellant.— Judgment and order affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ; Untermyer, J., dissents and votes to reverse the judgment and grant a new trial, and also reverse the order to abate the nuisance.

HARRY V. LYONS, Appellant, v. NEW YORK WORLD-TELEGRAM CORPORATION, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

DOROTHY L. HARRIGAN, Appellant, v. WILLIAM D. HARRIGAN, Respondent.— Order affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

FRANK D. POTTER and Others, Individually and as Copartners, etc., Respondents, v. JOHN W. CAMPBELL, Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.